PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-224-KJM |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT AS TO FERNANDO RIVERA RAMIREZ |
| v. | |
| FERNANDO RIVERA RAMIREZ, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the indictment as to Fernando Rivera Ramirez, filed June 27, 2013.  Based on that motion, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby orders that the indictment against Fernando Rivera Ramirez is dismissed without prejudice.

SO ORDERED.

Dated:  December 21, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE